UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 10-2757-JST (AGRx)                                      Date:  November 3, 2010
Title:  Lawrence Demic v. Ricoh Americas-Ricoh Business Systems

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE; SETTING OSC HEARING FOR NOVEMBER 29, 2010, AT 1:30 P.M.; AND VACATING STATUS CONFERENCE SET FOR NOVEMBER 8, 2010 AT 1:30 P.M.**

         In light of the joint status report (Doc. 15) signed by counsel for both parties, indicating Plaintiff's failure to timely submit the matter to arbitration, the Court orders the parties to show cause as to why the case should not be dismissed with prejudice for failure to prosecute.  The Court sets an order to show cause hearing for **November 29, 2010, at 1:30 p.m.**  Parties shall file written responses to the Court no later than **November 13, 2010**.  Accordingly, the status conference set for November 8, 2010, is removed from the calendar.

                                                                                        Initials of Preparer:  enm